# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHERYL RICHARDSON, ) | CASE NO.: 5:15-cv-00088 |
| ) | |
| Plaintiff, ) | JUDGE LESLEY WELLS |
| ) | |
| v. ) | |
| ) | **STIPULATION OF DISMISSAL** |
| SUMMA HEALTH SYSTEM, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Cheryl Richardson ("Plaintiff") and Defendant Summa Health System ("Defendant"), by and through the undersigned counsel, stipulate that Plaintiff's claims against Defendant are settled and dismissed with prejudice, each party to bear her or its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Jerome T. Linnen (per telephone consent)* | */s/ Amanda T. Quan* |
| Jerome T. Linnen, Jr. (0037894) | John Gerak (0075431) |
| 789 West Market Street | Amanda T. Quan (0086623) |
| Akron, OH  44303-1010 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 330.258.8000 – Telephone | 127 Public Square |
| 330.253.8095 – Facsimile | 4100 Key Tower |
| jay@linnenlaw.com | Cleveland, OH  44114 |
| | 216.241.6100 – Telephone |
| *Attorney for Plaintiff* | 216.357.4733 – Facsimile |
| | john.gerak@ogletreedeakins.com |
| | amanda.quan@ogletreedeakins.com |
| | |
| | *Attorneys for Defendant* |